**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1310**

_____

ROBERT GOSS; SHIRLEY GOSS,

     Plaintiffs - Appellants,

  v.

BANK OF AMERICA, NA, Successor by merger to BAC Home Loans
Servicing, LP,

     Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:12-cv-02680-CCB)

_____

Submitted:  October 28, 2013   Decided:  November 8, 2013

_____

Before NIEMEYER, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jason Ostendorf, LAW OFFICE OF JASON OSTENDORF LLC, Baltimore,
Maryland, for Appellants.  Craig R. Haughton, MCGUIREWOODS LLP,
Baltimore, Maryland; K. Lorraine Lord, MCGUIREWOODS LLP,
Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Homeowners Robert and Shirley Goss appeal the district court's orders dismissing their civil action against the servicer of their mortgage, in which the Gosses alleged various Maryland state law claims related to their request to participate in the Home Affordable Modification Program ("HAMP"), and denying their motion to reconsider that order. We have reviewed the record and find no reversible error. See Spaulding v. Wells Fargo Bank, 714 F.3d 769 (4th Cir. 2013). Accordingly, we affirm for the reasons stated by the district court. See Goss v. Bank of Am., No. 1:12-cv-02680-CCB (D. Md. Jan. 8, 2013; Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED